# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pgh _____ Division

Nieya Andre Oworu Ansara pro se
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

UPMC Medical Center ET AL.
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:24-CV-1302
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

RECEILED

SEP 13 2024

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nieyda Andie Owusu Ansah
Address: 111 Tecumseh Street # 206
Hazlewood, PA 15207
*City / State / Zip Code*
County: U.S.A / GHANA
Telephone Number: (412) 533-4362 / 233241394714
E-Mail Address: Nieyaowusu815@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jessica Russell
Job or Title (if known): Coordinator
Address: P.O. Box 106042
Pittsburgh, PA 15230
*City / State / Zip Code*
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: U.M.P.C Center of Life Medical Center
Job or Title (if known):
Address: P.O. Box 106042
Pittsburgh, PA 15230
*City / State / Zip Code*
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|   |   |   |
|---|---|---|
| City | State | Zip Code |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|   |   |   |
|---|---|---|
| City | State | Zip Code |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Discriminations Violation of Title 7 Bill of Rights*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fair Labor Standards Act (FLSA) Equal Employment Act

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Title VII of the Civil Right Act of 1964

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? June 20, 2024 we Had In Home Interview. Mrs Russell told us at home visit she would approve 65 hour a week. But Had to get finish approve from team would be contact within 2 weeks from us accepted. Increase at home visit.

B. What date and approximate time did the events giving rise to your claim(s) occur? 8-2-2024 I found out my hours been Increase but they were trying to contact by phone no voicemail message or post office of notification that are very unprofessional while supporting elder & discrimin

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My sister just lost her husband 9-5-24. My wages where being withheld No Medical Insurance. My car needs repair. I homeless waiting for husband to come from Africa. I got pesticides working for my mother due to Hazlewood Tower

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Discrimination of Title VII Bill of Right Law Elder Abandoment / Equal Pay Act of 1963 with American with Disabilities Act (ADA) of 1990 and Rehabilitation Act of 1973 / AGE Discrimination In Equal Employment Pay Act. ADEA of 1967 Civil Rights Violation of Professionize. I was suffer from Agencies withold wage no medical / Vechile maintence needed to get other tags for car. Medical neglection; They could tried to mail me or my agency.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Discrimnation (50k)
Elder Neglect / Abandoment (50k) = 100k
ADA (50k)
ADEA (50k)
FLSA (50k)
Bill of Right Title 7 (50k)

$350,000.00 Discrimination Award for Hardships.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *[signed]* Pro Se

Printed Name of Plaintiff: Nieya Andre Owusu Ansah Pro Se

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

                       *City        State        Zip Code*

Telephone Number: _____

E-mail Address: _____